*Iowa Migrant Movement for Justice, et al., v. Attorney General of Iowa Brenna Bird, et al.,*
**4:24-cv-00161-SHL-SBJ**
**Plaintiffs' Brief in Support of Motion for a Preliminary Injunction**

**Index to Exhibits**

| Exhibit Letter | Description |
|---|---|
| A | Declaration of Jane Doe |
| B | Declaration of Elizabeth Roe |
| C | Declaration of Erica Johnson, Iowa Migrant Movement for Justice |
| D | Declaration of Michael Tupper, Chief of the Marshalltown Police Department |
| E | Declaration of Maria Corona, Iowa Coalition Against Domestic Violence |
| F | Declaration of Ry Meyer, Catholic Charities of the Archdiocese of Dubuque |