# United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen H. Locher, U.S. District Judge

Case Nos. 4:24-cv-00161-SHL-SBJ; 4:24-cv-00162-SHL-SBJ : Clerk's Court Minutes – Preliminary Injunction Hearing

| Plaintiff(s) | Defendant(s) |
|---|---|
| IOWA MIGRANT MOVEMENT FOR JUSTICE, JANE DOE, ELIZABETH ROE | BRENNA BIRD, KIMBERLY GRAHAM, ZACH HERRMANN |
| THE UNITED STATES OF AMERICA | STATE OF IOWA, KIMBERLY REYNOLDS, BREANNA BIRD, IOWA DEPARTMENT OF PUBLIC SAFETY, STEPHAN K. BAYENS |

Plaintiff(s) Counsel: Emma Curtis Winger; Rita N. Bettis Austen; Michelle Lapointe; Suchita Mathur; Christopher A. Eiswerth; Jean Lin;

Defendant(s) Counsel: Patrick Cannon Valencia; Eric H. Wessan; Breanne Alyssa Stoltze; Nicholas Davis

Court Reporter: Tonya Gerke

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| Plaintiffs' Mot. for Preliminary Injunction (ECF 9) | : | | X |
| Plaintiff's Mot. for Preliminary or Permanent Injunction (ECF 7) | : | | X |

Proceedings:

Court in session with counsel personally present for a consolidated hearing on the pending Motions for Preliminary or Permanent Injunction. 9:39 a.m. Plaintiff in case number 4:24-cv-00162 argues in support of its Motion. 9:58 a.m. Plaintiffs in case number 4:24-cv-00161 argues in support of its Motion. 10:11 a.m. Defendants argue in resistance. 10:47 a.m. Plaintiff in case number 4:24-cv-00162 provides rebuttal argument. 10:53 a.m. Plaintiffs in case number 4:24-cv-00161 provide rebuttal argument. 10:58 a.m. The Court considers the matter fully submitted and will issue a ruling as promptly as possible. Court adjourns.

Time Start: 9:37 a.m.
Time End: 10:58 a.m.
Date: June 10, 2024

/s/ M. Mast
Deputy Clerk