# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2263

Iowa Migrant Movement for Justice, et al.

Appellees

v.

Brenna Bird, in her official capacity as Attorney General of Iowa

Appellant

Kimberly Graham and Zach Herrmann

------------------------------

Immigration Reform Law Institute

Amicus on Behalf of Appellant(s)

American Immigration Lawyers Association, et al.

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:24-cv-00161-SHL)

---

## ORDER

Appellees' petition for rehearing by the panel has been considered by the Court and is granted. Appellees' motion to stay the mandate and motion to amend petition for rehearing are denied as moot. The judgment and order of this Court filed on January 24, 2025 are vacated.

April 15, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler