# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2263

Iowa Migrant Movement for Justice, et al.

Appellees

v.

Brenna Bird, in her official capacity as Attorney General of Iowa

Appellant

Kimberly Graham and Zach Herrmann

------------------------------

Immigration Reform Law Institute

Amicus on Behalf of Appellant(s)

American Immigration Lawyers Association, et al.

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:24-cv-00161-SHL)

---

**ORDER**

The motion for extension of time to file brief is granted. Appellant's supplemental brief is due June 23, 2025.

May 19, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler