# United States Court of Appeals
## *For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 23, 2025

Eric H. Wessan
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA  50319-0001

      RE:  24-2263  IA Migrant Movement for Justice, et al v. Brenna Bird

Dear Counsel:

      The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion.

      Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, no grace period for mailing is allowed. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

                                                        Susan E. Bindler
                                                        Clerk of Court

DNS

Enclosure(s)

cc:     Spencer Amdur
         Shefali Aurora
         Rita N. Bettis Austen
         Anand Balakrishnan
         Grace Choi
         Clerk, U.S. District Court, Southern Iowa
         Madeline Coburn
         Matt A. Crapo
         Jeffrey Paul DeSousa
         Nathan A. Forrester
         Garry M. Gaskins II

Christopher J. Hajec
Omar C. Jadwat
Wafa Junaid
Alexandra Lampert
Michelle R. Lapointe
Ross MacPherson
Christopher M. Mason
Suchita D. Mathur
Robert S. Schenck
Breanne Alyssa Stoltze
Thomas Dillon Story
Seara Sullivan
Cullen D. Sweeney
Karen Tumlin
Patrick Cannon Valencia
Jonathan T. Weinberg
Zachary Paul West
Emma Curtis Winger
Cody Wofsy
Noor Zafar

District Court/Agency Case Number(s):   4:24-cv-00161-SHL