# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-2263

_____

Iowa Migrant Movement for Justice; Jane Doe; Elizabeth Roe

Plaintiffs - Appellees

v.

Brenna Bird, in her official capacity as Attorney General of Iowa

Defendant - Appellant

Kimberly Graham; Zach Herrmann

Defendants

------------------------------

Immigration Reform Law Institute; State of Oklahoma; State of Florida; State of Alabama; State of Alaska; State of Arkansas; State of Georgia; State of Idaho; State of Indiana; State of Kansas; State of Louisiana; State of Mississippi; State of Missouri; State of Montana; State of Nebraska; State of Ohio; State of South Carolina; State of South Dakota; State of Tennessee; State of Texas; State of Virginia; State of West Virginia; Arizona Legislature

Amici on Behalf of Appellant(s)

ASISTA Immigration Assistance; American Immigration Lawyers Association; Asian Pacific Institute on Gender-Based Violence; Esperanza United; Tahirih Justice Center

Amici on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:24-cv-00161-SHL)
_____

**JUDGMENT**

Before BENTON, ARNOLD, and KOBES, Circuit Judges.

This appeal from the United States District Court was originally submitted on the record of the district court, briefs of the parties, and was argued by counsel.

Upon reconsideration and supplemental briefing of the parties, it is hereby ordered and adjudged that the district court's order granting a preliminary injunction is affirmed, except as modified consistent with the opinion of this Court.

October 23, 2025

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　/s/ Susan E. Bindler