IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IOWA MIGRANT MOVEMENT FOR JUSTICE, et al.,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>ATTORNEY GENERAL OF IOWA BRENNA BIRD, in her official capacity, et al.,<br><br>    *Defendants.* | Case No. 4:24-cv-161-SHL-SBJ<br><br>**JOINT MOTION TO STAY DISTRICT COURT PROCEEDINGS PENDING DISPOSITION OF DEFENDANT'S PETITION FOR WRIT OF CERTIORARI** |

Defendant Brenna Bird, in her official capacity as Attorney General of Iowa, and Plaintiffs Iowa MMJ, Jane Doe, and Elizabeth Roe (collectively "the Moving Parties") respectfully move the Court for an order staying further district court proceedings pending the resolution of Defendant's forthcoming petition for writ of certiorari. Defendants Kimberly Graham, in her official capacity as Polk County Attorney, and Zach Herrmann, in his official capacity as Clayton County Attorney, consent to this motion. In support of their motion, the Moving Parties state as follows:

1.    Plaintiffs filed these suits on May 9, 2024, and moved for preliminary injunctions on May 10, 2024. On June 17, 2024, the Court issued an order granting Plaintiffs' motions for a preliminary injunction.

2.    Defendant Bird appealed that order, which the U.S. Court of Appeals for the Eighth Circuit affirmed, as modified consistent with its opinion, on October

1

23, 2025. *Iowa MMJ v. Bird*, 157 F.4th 904 (8th Cir. 2025). The Eighth Circuit directed the district court to address the scope of the injunction on remand, in light of *Trump v. CASA*, 606 U.S. 831 (2025).

3.    On February 4, 2026, the Eighth Circuit denied Defendant's petition for rehearing en banc. *Iowa MMJ v. Bird*, 166 F4th 668 (8th Cir. 2026). The mandate issued on February 13. Dkt. 69.

4.    This Court scheduled a status conference for April 22, 2026. Dkt. 70.

5.    Defendant Bird intends to petition for a writ of certiorari. She received an extension of time to file that petition. *Bird v. Iowa MMJ*, No. 25A1130 (U.S. Apr. 14, 2026). Her petition is now due July 3.

6.    The Moving Parties seek to avoid a dual-tracking issue. Disposition of Defendant Bird's certiorari petition will affect the course of any further proceedings in the district court. So moving forward with any further district court proceedings, including motions to dismiss, without final resolution of the appeal of the preliminary injunction could lead to significant duplication of efforts.

7.    In the meantime, Defendant's enforcement of the challenged law remains enjoined.

8.    In the interest of judicial economy and efficiency, the Moving Parties request a stay of further district court proceedings pending disposition of Defendant's forthcoming petition for a writ of certiorari.

9.    Counsel for the Moving Parties certify that this motion is made in good faith and not for the purposes of delay.

10.     Defendants Graham and Herrman consent to this motion.

WHEREFORE, the Moving Parties respectfully request that their motion be granted, that the Court stay further district court proceedings pending disposition of Defendant's forthcoming petition for a writ of certiorari, and that the Court cancel the status conference presently scheduled for April 22, 2026. In the alternative, if the Court proceeds with the status conference as scheduled, counsel for the Moving Parties will attend and be prepared to discuss the requested stay.

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

/s/ *Eric Wessan*
ERIC WESSAN
Solicitor General

PATRICK C. VALENCIA
Deputy Solicitor General

BREANNE A. STOLTZE
Assistant Solicitor General

Iowa Department of Justice
Hoover State Office Building
Des Moines, Iowa 50319
(515) 823-9117 / (515) 281-4213
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
patrick.valencia@ag.iowa.gov
breanne.stoltze@ag.iowa.gov

ATTORNEYS FOR DEFENDANT BIRD

*/s/ Emma Winger*
Emma Winger*
Michelle Lapointe*
Suchita Mathur*
AMERICAN IMMIGRATION COUNCIL
2001 L Street N.W., Suite 500
Washington, DC 20036
Phone: (202) 507-7512
ewinger@immcouncil.org
mlapointe@immcouncil.org
smathur@immcouncil.org

Rita Bettis Austen, AT0011558
Shefali Aurora, AT0012874
Thomas Story, AT0013130
ACLU of Iowa Foundation Inc.
505 Fifth Avenue, Ste. 808
Des Moines, IA 50309-2317
Phone: (515) 243-3988
Fax: (515) 243-8506
rita.bettis@aclu-ia.org
shefali.aurora@aclu-ia.org
thomas.story@aclu-ia.org

Spencer Amdur
Cody Wofsy
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
39 Drumm Street
San Francisco, CA 94111
Phone: (415) 343-0770
Fax: (415) 395-0950
samdur@aclu.org
cwofsy@aclu.org

Anand Balakrishnan
Wafa Junaid
Noor Zafar
Omar Jadwat
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
Phone: (212) 549-2660

4

Fax: (212) 549-2654
abalakrishnan@aclu.org
wjunaid@aclu.org
nzafar@aclu.org
ojadwat@aclu.org

ATTORNEYS FOR PLAINTIFFS IOWA
MIGRANT MOVEMENT FOR JUSTICE,
JANE DOE, ELIZABETH ROE
\* Admitted *pro hac vice*

*Original filed electronically.*
*Copy electronically served on all parties of record.*

| PROOF OF SERVICE |
|---|
| The undersigned certifies that the foregoing instrument was served on counsel for all parties of record by delivery in the following manner on April 21, 2026: |
| ☐ U.S. Mail  ☐ FAX<br>☐ Hand Delivery  ☐ Overnight Courier<br>☐ Federal Express  ☐ Other<br>☒ CM/ECF |
| Signature: */s/ Eric Wessan* |