IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IOWA MIGRANT MOVEMENT FOR JUSTICE, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> ATTORNEY GENERAL OF IOWA BRENNA BIRD, in her official capacity, et al., <br><br> *Defendants.* | Case No. 4:24-cv-161-SHL-SBJ <br><br><br> **JOINT STATUS REPORT** |

The parties, by and through their undersigned counsel, and in accordance with the Court's April 21, 2026 Order, hereby file this Joint Status Report and state as follows::

1.      Plaintiffs filed these suits on May 9, 2024, and moved for preliminary injunctions on May 10, 2024. On June 17, 2024, the Court issued an order granting Plaintiffs' motions for a preliminary injunction.

2.      Defendant Bird appealed that order, which the U.S. Court of Appeals for the Eighth Circuit affirmed, as modified consistent with its opinion, on October 23, 2025. *Iowa MMJ v. Bird*, 157 F.4th 904 (8th Cir. 2025). The Eighth Circuit directed the district court to address the scope of the injunction on remand, in light of *Trump v. CASA*, 606 U.S. 831 (2025).

1

3.      On February 4, 2026, the Eighth Circuit denied Defendant's petition for rehearing en banc. *Iowa MMJ v. Bird*, 166 F4th 668 (8th Cir. 2026). The mandate issued on February 13. Dkt. 69.

4.      On April 21, 2026, the Parties jointly requested a stay of proceedings pending disposition of Defendant Bird's petition for writ of certiorari. Dkt. 72.

5.      This Court granted that stay later that day. Dkt. 73. And it requested the parties file this joint status report by July 6. Dkt. 75.

6.      Defendant Bird filed her petition for a writ of certiorari on July 2, 2026. *Bird v. Iowa MMJ*, No. _____ (U.S. July, 2, 2026).

7.      The Supreme Court does not have any scheduled conferences to consider petitions for writ of certiorari until the October 2026 Term begins, so it will not consider the petition until its September 28, 2026 conference at the earliest.

8.      At this time, a continued stay will avoid any duplication of efforts while the parties await the resolution of the petition for a writ of certiorari. Disposition of Defendant Bird's certiorari petition will affect the course of any further proceedings in the district court.

9.      Defendant's enforcement of the challenged law remains enjoined.

10.     The parties would be pleased to answer any further questions regarding the certiorari proceedings upon the Court's request.

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

/s/ *Eric Wessan*
ERIC WESSAN
Solicitor General

PATRICK C. VALENCIA
Deputy Solicitor General

BREANNE A. STOLTZE
Assistant Solicitor General

Iowa Department of Justice
Hoover State Office Building
Des Moines, Iowa 50319
(515) 823-9117 / (515) 281-4213
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
patrick.valencia@ag.iowa.gov
breanne.stoltze@ag.iowa.gov

ATTORNEYS FOR DEFENDANT BIRD

*/s/ Emma Winger*
Emma Winger*
Michelle Lapointe*
Suchita Mathur*
AMERICAN IMMIGRATION COUNCIL
2001 L Street N.W., Suite 500
Washington, DC 20036
Phone: (202) 507-7512
ewinger@immcouncil.org
mlapointe@immcouncil.org
smathur@immcouncil.org

Rita Bettis Austen, AT0011558
Shefali Aurora, AT0012874
Thomas Story, AT0013130
ACLU of Iowa Foundation Inc.
505 Fifth Avenue, Ste. 808

3

Des Moines, IA 50309-2317
Phone: (515) 243-3988
Fax: (515) 243-8506
rita.bettis@aclu-ia.org
shefali.aurora@aclu-ia.org
thomas.story@aclu-ia.org

Spencer Amdur
Cody Wofsy
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
39 Drumm Street
San Francisco, CA 94111
Phone: (415) 343-0770
Fax: (415) 395-0950
samdur@aclu.org
cwofsy@aclu.org

Anand Balakrishnan
Wafa Junaid
Noor Zafar
Omar Jadwat
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
Phone: (212) 549-2660
Fax: (212) 549-2654
abalakrishnan@aclu.org
wjunaid@aclu.org
nzafar@aclu.org
ojadwat@aclu.org

ATTORNEYS FOR PLAINTIFFS IOWA
MIGRANT MOVEMENT FOR JUSTICE,
JANE DOE, ELIZABETH ROE
* Admitted *pro hac vice*

*Original filed electronically.*
*Copy electronically served on all parties of record.*

| PROOF OF SERVICE |
|---|
| The undersigned certifies that the foregoing instrument was served on counsel for all parties of record by delivery in the following manner on July 6, 2026: |
| ☐ U.S. Mail          ☐ FAX |
| ☐ Hand Delivery      ☐ Overnight Courier |
| ☐ Federal Express    ☐ Other |
| ☒ CM/ECF |
| Signature: */s/ Eric Wessan* |