IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IOWA MIGRANT MOVEMENT FOR JUSTICE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>ATTORNEY GENERAL OF IOWA BRENNA BIRD, in her official capacity, et al.,<br><br>*Defendants*. | Case No. 4:24-cv-161-SHL-SBJ<br><br>**JOINT STATUS REPORT** |

The Parties, by and through undersigned counsel, and in accordance with the Court's July 6 text order directing the Parties to file an updated report as to the status of the petition for a writ of certiorari by no later than October 30, 2026, *see* Dkt 77, hereby file this Joint Status Report:

1. Defendant Bird filed her petition for a writ of certiorari on July 2, 2026. *Bird v. Iowa MMJ*, No. 26-49 (U.S. July 2, 2026). Plaintiffs filed their brief in opposition on August 12. And Defendant filed her reply on August 26.

2. The petition was initially distributed for the Supreme Court's September 28 conference and then was rescheduled twice.

3. After the petition was distributed for the October 16 conference, the Supreme Court invited the Solicitor General of the United States to file a brief expressing the views of the United States.

4. The Supreme Court's rules do not set a deadline for the Solicitor General to file his invited brief. After that brief is filed, the Parties expect that the petition will again be distributed for conference.

5. At this time, a continued stay of district court proceedings will avoid any duplication of efforts while the Parties await disposition of Defendant's petition for a writ of certiorari. And Defendant's enforcement of the challenged law remains enjoined.

6. Because disposition of the petition for a writ of certiorari is likely months away, the Parties propose to file a status report updating this Court on the status of the petition by no later than January 29, 2027.

7. The Parties would be pleased to answer any further questions regarding the certiorari proceedings upon the Court's request.

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

/s/ *Eric Wessan*
ERIC WESSAN
Solicitor General

PATRICK C. VALENCIA
Deputy Solicitor General
BREANNE A. STOLTZE
Assistant Solicitor General
Iowa Department of Justice
Hoover State Office Building
Des Moines, Iowa 50319
(515) 823-9117 / (515) 281-4213
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

ATTORNEYS FOR DEFENDANT BIRD

*/s/ Emma Winger*
Emma Winger*
Michelle Lapointe*
Suchita Mathur*
AMERICAN IMMIGRATION COUNCIL
2001 L Street N.W., Suite 500
Washington, DC 20036
Phone: (202) 507-7512
ewinger@immcouncil.org
mlapointe@immcouncil.org
smathur@immcouncil.org

Rita Bettis Austen, AT0011558
Shefali Aurora, AT0012874
Thomas Story, AT0013130
ACLU of Iowa Foundation Inc.
505 Fifth Avenue, Ste. 808
Des Moines, IA 50309-2317
Phone: (515) 243-3988
Fax: (515) 243-8506
rita.bettis@aclu-ia.org
shefali.aurora@aclu-ia.org
thomas.story@aclu-ia.org

Cody Wofsy
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
Phone: (415) 343-0770
Fax: (415) 395-0950
samdur@aclu.org
cwofsy@aclu.org

Anand Balakrishnan
Noor Zafar
Omar Jadwat
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
Phone: (212) 549-2660
Fax: (212) 549-2654

abalakrishnan@aclu.org
wjunaid@aclu.org
nzafar@aclu.org
ojadwat@aclu.org

ATTORNEYS FOR PLAINTIFFS IOWA MIGRANT MOVEMENT FOR JUSTICE, JANE DOE, ELIZABETH ROE
* Admitted *pro hac vice*

*Original filed electronically.*
*Copy electronically served on all parties of record.*

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served on counsel for all parties of record by delivery in the following manner on October 27, 2026:

- ☐ U.S. Mail
- ☐ Hand Delivery
- ☐ Federal Express
- ☒ CM/ECF
- ☐ FAX
- ☐ Overnight Courier
- ☐ Other

Signature: /s/ Julie Sander